UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLFO CHAVEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>LEAH CHAVEZ,<br><br>              Defendant. | No.  2:24-cv-00808-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING THIS ACTION TO THE SAN JOAQUIN COUNTY SUPERIOR COURT<br><br>(ECF Nos. 2, 13, 15) |

Plaintiff proceeds *pro se* in this action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On November 5, 2024, the magistrate judge issued findings and recommendations herein that were served on plaintiff and contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) On November 25, 2024, Defendant filed untimely objections to the findings and recommendations.  (ECF No. 14.) Plaintiff does not meaningfully address the magistrate judge's findings and recommendations. Consequently, Plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed November 5, 2024, (ECF No. 13), are ADOPTED in full; and

2. This action is REMANDED forthwith to the San Joaquin County Superior Court, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction;

3. Defendant's request for e-filing access, (ECF No. 2), is DENIED as having been rendered moot by remand of this action to state court;

4. Defendant's motion for stay pending appeal, (ECF No. 15), is DENIED as having been rendered moot by remand of this action to state court; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 18, 2025**

Dena Coggins
United States District Judge

2